**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115864
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Karen Muldowney, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Optio Solutions LLC d/b/a Qualia Collection Services,<br><br>Defendant. | Docket No: 5:19-cv-00055-MAD-ATB |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: June 3, 2019

**BARSHAY SANDERS, PLLC**

By: ___/s *Craig B. Sanders*___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115864
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: June 10, 2019
       Albany, NY